IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Deloris Blakely, as Personal Representative of the Estate of Lori Jean Ellis, ) ) ) Plaintiff, ) ) vs. ) ) Kershaw County Sheriff's Office; Steven D. ) McCaskill in his capacity as Sheriff of Kershaw ) County; Tyrell Coleman; William Sowell; South ) Carolina Department of Natural Resources; ) John E. Frampton, in his capacity as the ) Director of Natural Resources; and Gregg ) Lowery, ) ) Defendants. ) _____ ) | C/A No.: 3:10-cv-707-JFA ORDER FOR SUBMISSION OF DISCOVERY STATUS REPORT |

Each party to this action is requested to complete and file with the Clerk the attached Discovery Status Report within fourteen (14) days from the date of this order.[1]

IT IS SO ORDERED.

February 7, 2011
Columbia, South Carolina

*[signature]*
Joseph F. Anderson, Jr.
United States District Judge

---

[1] The Discovery Status Report called for by this order takes the place of the Discovery Telephone Status Call referenced in the court's scheduling order.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |  |
|---|---|---|---|
|  |  | ) | C/A No.: |
|  |  | ) |  |
|  | Plaintiffs, | ) |  |
| vs. |  | ) | DISCOVERY STATUS REPORT |
|  |  | ) |  |
|  |  | ) |  |
|  | Defendants. | ) |  |
|  |  | ) |  |
| _____ |  | ) |  |

Party Submitting Report:_____

1. Are the parties on track to complete discovery on or before the discovery deadlines set forth in the most current scheduling order?

   ❐  Yes
   ❐  No

2. Indicate the date on which the first set of interrogatories were (or will be) served on your opponent:_____

3. Indicate the date on which the first deposition was (or will be) scheduled:
   _____

4. Indicate what discovery remains to be completed in this case:
   _____
   _____
   _____

Date:_____          _____
                                 Signature

                                 _____
                                 Printed Name and Fed. Bar No.

                                 _____
                                 Party Represented