# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| Deloris Blakely, As Personal Representative of the Estate of Lori Jean Ellis, | Civil Action Number: 3:10-cv-00707-JFA |
| Plaintiff, | |
| v. | |
| Kershaw County Sheriff's Office, Tyrell Coleman, South Carolina Department of Natural Resources and Gregg Lowery, | **WITNESS LIST ON BEHALF OF DEFENDANTS SOUTH CAROLINA DEPARTMENT OF NATURAL RESOURCES AND LOWERY** |
| Defendants. | |

At this time, Defendants may call the following witnesses at trial in the above-referenced matter:

1. Gregg Lowery
2. Director John E. Frampton
3. Sergeant Joey Cobb
4. Captain John L. Suchocki
5. Rod Englert
6. John "Jack" Ryan
7. Dr. Joel Sexton
8. Dr. Janice Ross
9. Tyrell Coleman
10. William Sowell
11. Karl L. Kenly

1

12. Renee Strickland

13. James Flowers

14. Kevin Baker

15. Paul Grant

16. Gianna Williams

17. Sheriff Stephen D. McCaskill

18. Lt. Ty Cobb

19. Kirk Corley

20. Deloris Blakely

21. Lisa Ann Glenn

22. Jennifer Elaine Kirkland

23. Audrey Marie Thomas

24. Carol Anderson Morgan

25. Terry Darnell Anderson

26. William Williams

27. Kelvin Howard Williams

Further, these Defendants hereby reserve the right to call any witness identified or called by any other party to this action.

*[Signature block to follow]*

DAVIDSON & LINDEMANN, P.A.


 s/ *Michael B. Wren*
WILLIAM H. DAVIDSON, II, #425
MICHAEL B. WREN, #7852
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
wdavidson@dml-law.com
mwren@dml-law.com
T: 803-806-8222
F: 803-806-8855

ATTORNEYS FOR DEFENDANTS SOUTH CAROLINA DEPARTMENT OF NATURAL RESOURCES AND LOWERY

COLUMBIA, SOUTH CAROLINA

OCTOBER 12, 2012