IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Deloris Blakely, As Personal Representative of the Estate of Lori Jean Ellis,<br><br>Plaintiff(s),<br><br>vs.<br><br>Kershaw County Sheriff's Office, Stephen D. McCaskill in his capacity as Sheriff of Kershaw County, Tyrell Coleman, William Sowell, South Carolina Department of Natural Resources, John E. Frampton in his capacity as the Director of the South Carolina Department of Natural Resources and Gregg Lowery,<br><br>Defendant(s) | Civil Action No.: 3:10-cv-00707-JFA<br><br><br><br>**WITNESS LIST ON BEHALF OF PLAINTIFF** |

At this time, Plaintiff may call the following witnesses at trial in the above-referenced matter:

1) **Deloris Blakely**

2) **Carol Anderson**

3) **William H. Williams**

4) **Lisa Ann Glenn**

5) **Jennifer Elaine Kirkland**

6) **Kelvin Howard Williams**

7) **Audrey Marie Thomas**

8) Terry Anderson

9) Janie McCaskill

10) Stacey Payne

11) Steve Hopkins

12) Elizabeth Bethea

13) Melvin Tucker

14) Ken Katsaris

15) William "Bill" Williams

16) Gianna Williams

17) James Flowers

18) Karl Kenley

19) Kevin Baker

20) Paul Grant

21) Renee Strickland

Plaintiff also names by reference and incorporates the names of all witnesses identified or called by any other party to this action

**MCGOWAN, HOOD & FELDER, LLC**

/s/ Robert V. Phillips

                          Robert V. Phillips, Esq.
                          Fed Bar ID:  07653
                          1539 Health Care Drive
                          Rock Hill, South Carolina 29732
                          (803) 327-7800 - Telephone
                          (803) 328-5656 - Facsimile
                          rphillips@mcgowanhood.com

Rock Hill, South Carolina
October 16, 2012